**SO ORDERED,**



Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: November 8, 2018

The Order of the Court is set forth below. The docket reflects the date entered.

___

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: TIMOTHY WAYNE BROWNING, SR<br>ELIZABETH ANN BROWNING,<br>DEBTORS | CASE NO. 13-52128-KMS<br>CHAPTER 13 |
| TIMOTHY BROWNING | PLAINTIFF |
| VS. | ADV. PROC. NO. 18-05004 |
| BLOSSMAN GAS, INC.<br>A/K/A BLOSSMON GAS & APPLIANCE | DEFENDANT |

### AGREED JUDGMENT

THIS CAUSE having come before this Court *ore tenus* on the joint Motion of the Parties on the Complaint of the Plaintiff, Timothy Wayne Browning on the violation of the automatic stay by Defendant, Blossman Gas, Inc, a/k/a Blossman Gas & Appliance, (hereinafter "Blossman"), and this Court having proper jurisdiction over the parties and subject matter herein,

IT IS HEREBY ORDERED that the Adversary Proceeding be dismissed and Defendant shall make no future attempts to collect on this debt.

##END OF ORDER##

AGREED:

_____
Thomas C. Rollins, Jr. MS Bar No. 103469
Counsel for Plaintiff

_____
Jim F. Spencer, Jr. MS Bar No. 7736
Counsel for Defendant